No. 3399.—El Pueblo, Apldo., *v.* Jorge, Aplte.—C. D. San Juan. Enero 23, 1928. Apareciendo que el apelante fué acusado de infracción al artículo 328 del Código Penal y convicto de una infracción de la Ley de Automóviles: no habiéndose elevado exposición del caso alguna ni encontrándose en los autos otra base adecuada para fundamentar una modificación de la sentencia apelada; y, visto el caso de *El*

*Pueblo* v. *Quevedo,* 15 D. P. R. 73, se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan con fecha 4 de febrero de 1927, y *se absuelve al acusado.*